THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHEKE BOYD, Appellant. [951 NYS2d 889]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Skelos, Dickerson and Roman, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON BYRD, Appellant. [951 NYS2d 685]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Skelos, Leventhal and Belen, JJ., concur.